IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00418-OES

STEVEN E. HESTER,

    Plaintiff,

v.

GARY KNOX, Correctional Officer, and
B.O.P., et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Plaintiff's motion to postpone the September 14, 2005, minute order is DENIED. The Court will waive for now the requirement in the September 7, 2005, order for an amended complaint that Plaintiff submit sufficient copies of the amended complaint to serve each named Defendant.

Dated: October 17, 2005

Copies of this Minute Order mailed on October 17, 2005, to the following:

Steven E. Hester
Reg. No. 24733037
ADX – Florence
P.O. Box 8500
Florence, CO 81226

                            Secretary/Deputy Clerk