# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 05-cv-00418-ZLW

STEVEN E. HESTER,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

APR - 5 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This matter is before the Court on the motion titled "Motion for Copies of Exhibit" submitted *pro se* by Plaintiff Steven E. Hester and filed with the Court on April 3, 2006, in which Plaintiff seeks copies of a document allegedly submitted to the Court between September and October 2005. The motion is DENIED. Plaintiff is advised that he should not submit to the Court any documents he may want copies of because the Court's electronic filing system does not allow the Court to maintain paper copies. Plaintiff may obtain copies of the electronic documents in this action at a cost of fifty cents per page, to be paid in advance. In order that Plaintiff may determine the exact document of which he wants copies, the clerk of the Court is directed to mail to Plaintiff, together with this minute order, a copy of the docket sheet in this action.

Dated:  April 5, 2006

Copies of this **Minute Order, and a docket sheet** were mailed on April 5, 2006, to the following:

Steven E. Hester
Reg. No. 24733-037
ADX – Florence
PO Box 8500
Florence, CO 81226

                                      Secretary/Deputy Clerk